

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES EVERETT SHELTON, **Plaintiff,** | : |
| v. | : CIVIL ACTION NO. 18-2187 |
| ARETE FINANCIAL GROUP, *et al.*, **Defendants.** | : |

## ORDER

AND NOW, this 15th day of June 2018, upon consideration Plaintiff's *pro se* Motion for Permission to Use ECF/EFiling [Doc. No. 4], it is hereby **ORDERED** that Plaintiff's Motion [Doc. No. 4] is **GRANTED**. It is further **ORDERED** that the Clerk of Court is directed to provide Plaintiff access to the ECF system as a filing user for purposes of this action upon his completion of any necessary forms and submission of all required registration information. If during the course of the litigation Plaintiff retains an attorney who appears on his behalf, the attorney must advise the Clerk of Court to terminate the party's registration as a filing user upon the attorney's appearance.

It is so **ORDERED**.

BY THE COURT:

CYNTHIA M. RUFE, J.

6/15/18 email.
Shelton
Arete Financial
HSU P hw Doc

x C: G.O.