## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JAMES EVERETT SHELTON,** | : | **CIVIL ACTION** |
| | : | |
| *Plaintiff,* | : | |
| **v.** | : | **NO. 18-2187** |
| | : | |
| **ARETE FINANCIAL GROUP, et al.,** | : | |
| | : | |
| *Defendants.* | : | |

## ORDER

AND NOW, this 20th day of November 2018, upon consideration of Defendants' Motion to Dismiss Plaintiff's Complaint (ECF No. 11) and Plaintiff's Response thereto (ECF No. 13), it is hereby **ORDERED** and **DECREED** that Defendants' Motion to Dismiss Plaintiff's Complaint (ECF No. 11) is **DENIED**. Defendants shall file an answer to Plaintiff's Amended Complaint on or before December 4, 2018.

BY THE COURT:

S/Chad F. Kenney

_____

CHAD F. KENNEY, J.